# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| BANK OF AMERICA, N.A., | Civil No. 17-931 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| KIRK D. LARSON, et al, | |
| Defendants. | |

_____

Bradley N. Beisel, David Krco, **BEISEL & DUNLEVY, PA,** 730 Second Avenue South, Suite 282, Minneapolis, MN 55402, for plaintiff.

Kirk D. Larson, 2315 Carver Avenue, Maplewood, MN 55119, *pro se* defendant.

Alexander Larson, 2315 Carver Avenue East, Maplewood, MN 55119, *pro se* defendant.

Mark K. Larson, 356 Ninth Avenue, Apartment 11, Saint Paul Park, MN 55071, *pro se* defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated December 13, 2017 (Docket No. 71), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. This matter is **REMANDED** to state court for lack of jurisdiction.

2. Kirk D. Larson's Motion to Strike Immaterial Matters (Docket No. 39); Mary K. Larson's Motion to Strike Immaterial Matters (Docket No. 42); and Mary K. Larson's Motion for Leave to Amend Pleading to Add Punitive Damages (Docket No. 53) are **STRICKEN.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 9, 2018  
at Minneapolis, Minnesota

s/John R. Tunheim  
JOHN R. TUNHEIM  
Chief Judge  
United States District Court